UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

————————————————————x
IN RE: RITE AID CORPORATION      :    MDL-1360
SECURITIES LITIGATION            :    Master File No. 99-CV-1349 (SD)
                                 :
This Document Relates to:        :    CLASS ACTION
 ALL ACTIONS                    :
————————————————————x

## MOTION FOR SECOND RE-DISTRIBUTION OF NET CLASS SETTLEMENT FUNDS

**PLEASE TAKE NOTICE,** that, upon the accompanying affidavit of Karen Schuhriemen, of Gilardi & Co. LLC, the Claims Administrator, and George A. Bauer IIII of Milberg Weiss LLP, one of Plaintiffs' Co-Lead Counsel, and the exhibits thereto and upon the November 25, 2003 Order Regarding Distribution of Settlement Funds, and all prior proceedings herein, the undersigned hereby move this Court for an Order pursuant to Rule 23(e) of the Federal Rules of Civil Procedure (i) authorizing a second re-distribution of the remaining Net Settlement Funds to eligible claimants who have cashed their initial and re-distribution checks and who would receive at least $50 on a second re-distribution; and (ii) directing that six (6) months after such second re-distribution any funds remaining in the Net Settlement Funds be distributed to non-sectarian, not-for-profit, § 501 (c)(3) organizations.

WHEREFORE, Plaintiffs respectfully request that the Court enter an Order in the form of the [Proposed] Order Re:  Second Re-Distribution of Class Settlement Funds submitted herewith as Exhibit A.

Dated: December 5, 2007
           Philadelphia, Pennsylvania

**BERGER & MONTAGUE, P.C.**

By:  _____/s/_____
        Sherrie R. Savett
        Robin Switzenbaum
1622 Locust Street
Philadelphia, Pennsylvania  19103
(215) 875-3000

**Plaintiffs' Co-Lead Counsel**

**MILBERG WEISS LLP**
        George A. Bauer III
One Pennsylvania Plaza
New York, New York  10119-0165
(212) 594-5300

**Plaintiffs' Co-Lead Counsel**

TO:         Alan J. Davis, Esq.
               William A. Slaughter, Esq.
               **BALLARD SPAHR ANDREWS & INGERSOLL, LLP**
               1735 Market Street, 51st Floor
               Philadelphia, Pennsylvania  19103-7599
               (215) 665-8500

               **Counsel for the Rite Aid Settling Defendants**

               John W. Frazier IV, Esq.
               John E. Caruso, Esq.
               **MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**
               123 South Broad Street
               Philadelphia, Pennsylvania  19109
               (215) 772-1500

               **Counsel for Defendant KPMG LLP**

Richard Posen, Esq.
Richard L. Klein, Esq.
John R. Oller, Esq.
**WILLKIE FARR & GALLAGHER**
787 Seventh Avenue
New York, New York  10019
(212) 728-8000

**Counsel for Defendant KPMG LLP**

Andrew B. Weissman, Esq.
**WILMER CUTLER PICKERING HALE AND DORR LLP**
1875 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 663-6000

**Counsel for Defendant Martin L. Grass**

David M. Howard, Esq.
**DECHERT PRICE & RHOADS**
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, Pennsylvania  19103-2793
(215) 994-4000

**Counsel for Defendant Timothy J. Noonan**